UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 03236

-----------------------------------------------------------x

BIAGGIO SHIPHOLDING S.A.,

                Plaintiff,

-v-

08 CV

**STATEMENT PURSUANT TO F.R.C.P 7.1**

MMTREND LLC,

                Defendant.

-----------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, BIAGGIO SHIPHOLDING S.A., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       April 1, 2008

                                  CHALOS, O'CONNOR & DUFFY, L.L.P.
                                  Attorneys for Plaintiff
                                  BIAGGIO SHIPHOLDING S.A.

                By: _____
                             George M. Chalos (GC-8693)
                             366 Main Street
                             Port Washington, New York 11050
                             Tel: (516) 767-3600
                             Fax: (516) 767-3605
                             Email: gmc@codus-law.com