CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

BIAGGIO SHIPHOLDING S.A.                          :

                                                  :

                            Plaintiff,            :        **08-CV-03236**

                                                  :

            v.                                    :        **NOTICE OF**
                                                           **APPEARANCE**
                                                  :

MMTREND LLC,                                      :

                                                  :

                                                  :

                            Defendants.           :

-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       April 28, 2008

                                    CLARK, ATCHESON & REISERT
                                    Attorneys for Garnishee
                                    Societe Generale New York Branch

                          By:       _____
                                    Richard J. Reisert (RR-7118)
                                    7800 River Road
                                    North Bergen, NJ 07047
                                    Tel: (201) 537-1200
                                    Fax: (201) 537-1201
                                    Email: reisert@navlaw.com