Micheal J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR DEFENDANT
MMTREND LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIAGGIO SHIPHOLDING S.A.,

    Plaintiff,

-against-

MMTREND LLC,

    Defendant.

08 Civ. 3236 (JGK)

**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

    I, Michael J. Frevola, attorney for Defendant Mmtrend LLC ("Mmtrend"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    Mmtrend has no parent company, and no publicly traded company owns 10% or more of its stock.

Dated: New York, New York
      June 4, 2008

HOLLAND & KNIGHT LLP

By: _____
Michael J. Frevola
195 Broadway
New York, New York 10007
(212) 513-3200
*Attorneys for Defendant Mmtrend LLC*