Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR DEFENDANT
MMTREND LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIAGGIO SHIPHOLDING S.A., <br><br> Plaintiff, <br><br> -against- <br><br> MMTREND LLC, <br><br> Defendant. | 08 Civ. 3236 (JGK) <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE THAT** upon the Affirmation of Michael J. Frevola dated June 6, 2008 and the accompanying Memorandum of Law in Support, and all pleadings heretofore had in this matter, Defendant Mmtrend LLC will move this Court, before the Honorable John G. Koeltl, United States District Judge, at 500 Pearl Street, Courtroom 12B, New York, New York, on a date to be set by this Honorable Court, for an order pursuant to Rule E(2)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, directing (a) Plaintiff Biaggio Shipholding S.A. to give security for attorneys' fees costs

to Mmtrend within 10 days from the issuance of the order; and (b) directing such other and further relief as the Court may deem proper.

Dated: New York, New York
      June 6, 2008

                    HOLLAND & KNIGHT LLP

                    By: _____
                         Michael J. Frevola
                         Christopher R. Nolan
                         195 Broadway
                         New York, New York 10007
                         (212) 513-3200
                         michael.frevola@hklaw.com
                         *Attorneys for Defendant*
                         *Mmtrend LLC*

# 5373713_v1