```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BIAGGIO SHIPPING S.A.

                                Plaintiff(s),

           -against-

MMTREND LLC., et al,

                            Defendant(s),
-------------------------------------------------------------X

08 civ 3236 (JGK)

**ORDER**

A motion to direct plaintiff to give security for attorneys fees was filed on June 6, 2008.

The plaintiff shall serve and file papers in response to the motion by **July 2, 2008.**

The defendant shall serve and file any reply papers by **July 16, 2008.**

The Court will contact the parties in the action shortly thereafter for oral argument.

SO ORDERED.

                                              JOHN G. KOELTL
                                    UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        June 9, 2008